UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JESUS ARMANDO AGUIRRE SANCHEZ                                                              PLAINTIFF

v.                                          No. 2:23-CV-02011

DEPUTY HICKS,
Crawford County Justice Center, et al.                                                     DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 21) from United States Chief Magistrate Judge Mark E. Ford.  Plaintiff filed objections to the report and recommendation (Doc. 22).  The Magistrate Judge recommends that the Court dismiss this case without prejudice for failure to prosecute because Plaintiff has failed to obey court orders, including one directing a response to the Defendants' summary judgment motion.  The Court has conducted a de novo review of the report and recommendation.  28 U.S.C. § 636(b)(1)(C).  Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate Judge's findings, which otherwise contain no clear error.  The report and recommendation is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that the case is DISMISSED WITHOUT PREJUDICE.  Judgment will be entered accordingly.  IT IS FURTHER ORDERED that Plaintiff's motion to appoint counsel is MOOT.

IT IS SO ORDERED this 11th day of July, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE